# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERONIMO SOLIS,<br><br>      Plaintiff,<br><br>   v.<br><br>MARIA COPE,<br><br>      Defendant.<br>_____/ | Case No. 1:13-cv-01421-SKO (PC)<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED<br><br>(Docs. 1 and 9)<br><br>ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(G) |

      Plaintiff Geronimo Solis, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 5, 2013.  On May 20, 2014, the Court dismissed Plaintiff's complaint for failure to state a claim and ordered Plaintiff to file an amended complaint within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order.[1]  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

      Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which

---

[1] **Error! Main Document Only.** On June 2, 2014, the United States Postal Service returned the order as undeliverable.  A notation on the envelope indicates that Plaintiff has been discharged on parole.  However, Plaintiff has not notified the Court of any change in his address.  Absent such notice, service at a party's prior address is fully effective.  Local Rule 182(f).

relief may be granted. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g). *Silva v. Di Vittorio*, 658 F.3d 1090, 1098-99 (9th Cir. 2011).

IT IS SO ORDERED.

Dated: **July 27, 2014**          **/s/ Sheila K. Oberto**
                          UNITED STATES MAGISTRATE JUDGE